No. 96–1835.  JACKSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–1845.  REGAN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 96–1869.  CHRISTY *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 96–1873.  LOCKHART *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–7746.  BRANNAN *v.* UNITED STUDENT AID FUNDS, INC. C. A. 9th Cir.  Certiorari denied.

No. 96–7934.  MORRIS *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 96–7983.  CLARKSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 96–8080.  ALLEN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–8310.  MATTHEWS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 96–8335.  POLLARD *v.* MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 96–8432.  McCLAIN *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 96–8712.  RANDALL *v.* CITY OF EDGEWATER ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 96–8713.  PRUITT *v.* SOUTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 96–8722.  LEWIS *v.* SUPREME COURT OF CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–8733.  ESTES *v.* BALDWIN, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.